Mark Emmett, SBN, 182053
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
(530) 895-3252

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Martinez,<br><br>    Plaintiff,<br><br>vs.<br><br>G. Maroni Company, Inc. dba Church's Chicken #948; Maroni-Lutfi Property management, LP, et al.,<br><br>    Defendants. | CIV.S-06-01399 DFL GGH<br><br>***AMENDED*** **Order** |

    IT IS HEREBY ORDERED that judgment in this action is entered in favor of plaintiff Tony Martinez and against defendants G. Maroni Company Inc. dba Church's Chicken; and Maroni-Lufti Property Management, LP, based on Plaintiff's ***AMENDED*** Acceptance of Defendants' Offer to Compromise (with Defendants' Offer to Compromise Pursuant to F.R.C.P. 68 dated August 16, 2006, attached as Exhibit "A") filed in the above-referenced matter on September 5, 2006.

Dated: 9/5/2006

_____
DAVID F. LEVI
United States District Judge

*Martinez v. Church's Chicken,* et al., Case No. CIV.S 06-1399 DFL GGH
[Proposed] Order

Page 1